IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TYRONE COLE, # 266538, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:20-cv-84-ECM |
| ALABAMA DEP'T OF CORRECTIONS, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

On March 3, 2020, the Magistrate Judge entered a Recommendation (doc. 7) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, and for good cause, it is

ORDERED as follows that:

1. the Recommendation of the Magistrate Judge is ADOPTED;

2. the Plaintiff's claims against the Alabama Department of Corrections are summarily DISMISSED with prejudice in accordance with the provisions of 28 U.S.C. § 1915A(b)(1);

3. Defendant Alabama Department of Corrections is DISMISSED as a defendant; and

4. this case is referred back to Magistrate Judge for further proceedings.

Done this 27th day of March, 2020.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE